

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2022

No. 04-19-00318-CV

Leticia R. **BENAVIDES,**
Appellant

v.

Cristina B. **ALEXANDER,** as Permanent Guardian of the Person of Carlos Y. Benavides, Jr.;
Carlos Y. Benavides, III; Rancho Viejo Cattle Company, Ltd.; Benavides Management, LLC;
and Linda Cristina Alexander and Guillermo Benavides, as Managers of Benavides
Management, LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Beth Watkins, Justice

Appellant's motion for rehearing is DENIED.  *See* TEX. R. APP. P. 49.3.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court